# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:14 CV 38

| | |
|---|---|
| ROBERT J. DEMARTINI AND ) <br> DRAINAGE PRODUCTS, INC., ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br>   V ) <br>   ) <br> SOUTHEASTERN METALS ) <br> MANUFACTURING COMPANY, INC.; ) <br> HART & COOLEY, INC.; AND ) <br> GIBRALTAR INDUSTRIES, INC., ) <br>   ) <br>   Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on Edward F. Hennessey, IV's Application for Admission to Practice *Pro Hac Vice* of Kevin J. Cross. It appearing that Kevin J. Cross is a member in good standing with the New York State Bar and will be appearing with Edward F. Hennessey, IV, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Edward F. Hennessey, IV's

Application for Admission to Practice *Pro Hac Vice* (#13) of Kevin J. Cross is **GRANTED**, and that Kevin J. Cross is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Edward F. Hennessey, IV.

Signed: July 18, 2014

Dennis L. Howell
United States Magistrate Judge