# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:14cv38

| | | |
|---|---|---|
| ROBERT J. DEMARTINI and DRAINAGE PRODUCTS, INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| SOUTHEASTERN METALS MANUFACTURING COMPANY, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

Pending before the Court are the Motion to Compel [# 24], Joint Motion to Amend [# 34], and Motion for Leave to File Surreply [# 35]. The mediator, however, has informed the Court that this case completely settled during the mediation. Accordingly, the Court **DENIES without prejudice** the motions [# 24, # 34, & # 35]. The Court **DIRECTS** the parties to submit a stipulation of dismissal within twenty (20) days of the entry of this Order.

Dennis L. Howell
United States Magistrate Judge